THE PEOPLE OF THE STATE OF ILLINOIS, Defendant in Error, vs. H. E. PUCKETT, Plaintiff in Error.

*Opinion filed February 16, 1927.*

MEDICINE AND SURGERY—*Medical Practice act of 1923 is valid—former jeopardy.* The Medical Practice act of 1923 does not delegate legislative or judicial power to the Department of Registration and Education. (*People* v. *Hawkinson, ante,* p. 285, followed.)

WRIT OF ERROR to the County Court of Hancock county; the Hon. WARREN H. ORR, Judge, presiding.

THOMAS MORRIS, CLYDE P. JOHNSON, O. C. KIRKPATRICK, and L. LAMENT, for plaintiff in error.

OSCAR E. CARLSTROM, Attorney General, HOMER H. WILLIAMS, State's Attorney, and MERRILL F. WEHMHOFF, for the People.

Per CURIAM: Plaintiff in error, H. E. Puckett, was convicted in the county court of Hancock county of violating the Medical Practice act. He prosecutes this writ of error to reverse the judgment on the ground that the statute is unconstitutional and that the court erred in sustaining a demurrer to his plea of former conviction.

The questions in this case are the same as those in *People* v. *Hawkinson,* (*ante,* p. 285,) and for the reasons given in the opinion filed in that case we find them without merit. The judgment is therefore affirmed.

*Judgment affirmed.*